UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARLAND JAMES COLLINS,

    Plaintiff,

                                                           Case No. 06-12382

-vs-

                                                           HON. AVERN COHN

GARY DIAZ,

    Defendant.

_____/

## SCHEDULING ORDER

      This is a civil rights case. Plaintiff is proceeding pro se. In his amended complaint (Dkt. #46), plaintiff claims that defendant, a Detroit police officer, assaulted him in violation of the Fourth, Fifth and Fourteenth Amendments. Defendant denies that he assaulted plaintiff.

      Plaintiff in his Narrative Statement (Dkt. # 35) describes what occurred, the witnesses he intends to call and the exhibits he intends to offer at trial. Defendant's Submission Regarding Final Pretrial Order (Dkt. #39) describes his version of what occurred, and lists the witnesses he intends to call and the exhibits he intends to offer at trial.

      Plaintiff is in the custody of the Michigan Department of Corrections with an earliest release date of September 25, 2055.

      At a status conference by telephone on December 18, 2009, the Court directed plaintiff to advise it within thirty (30) days in writing whether or not he will be represented

1

by a lawyer at trial, or intended to represent himself.

Accordingly, plaintiff shall, by January 18, 2010, in writing advise the Court whether or not he has a lawyer, and if so, the lawyer's name.

SO ORDERED.

    s/ Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: January 6, 2010

I hereby certify that a copy of the foregoing document was mailed Earland Collins, #475522, Oaks Correctional Facility, 1500 Caberfae Highway, Manistee, MI 49660 and to the attorneys of record on this date, January 6, 2010, by electronic and/or ordinary mail.

    s/ Julie Owens
Case Manager, (313) 234-5160