UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL COLLINS,

    Plaintiff,

v.                                                      Case No. 06-12382

GARY DIAZ,                               HONORABLE AVERN COHN

    Defendant.
_____/

## **JUDGMENT**

For the reasons stated in the Court's Order entered and filed on this date, a default judgment is entered in favor of the Plaintiff as to liability only.

                                               DAVID WEAVER
Dated: October 29, 2010        By: s/Julie Owens
                                                 Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Earl Collins, 475522, St. Louis Correctional Facility, 8585 N. Croswell Road, St. Louis, MI 48880 and the attorneys of record on this date, October 29, 2010, by electronic and/or ordinary mail.

                                                 S/Julie Owens
                                               Case Manager, (313) 234-5160